■ The People of the State of New York, Respondent, v Nicholas Marangello, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on January 6, 1982, unanimously affirmed. This case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Milonas, Kassal and Alexander, JJ.

■ Siou Mak, Appellant, v Hung Luck Realty Corp., Respondent, et al., Defendant. — Order, Supreme Court, New York County (Leonforte, J.), entered on June 22, 1982, unanimously affirmed for the reasons stated by Leonforte, J., at Special Term. Defendant-respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro, Silverman, Bloom and Kassal, JJ.

■ In the Matter of Samuel K. Handel, as Preliminary Executor of Leonard Galasso, Deceased, Respondent. Peter Galasso et al., Appellants; Helen Williams, Respondent. — Decree, Surrogate's Court, Bronx County (Gelfand, S.), entered on January 13, 1982, unanimously affirmed for the reasons stated by Gelfand, S., without costs and without disbursements. Concur — Sandler, J. P., Carro, Silverman, Bloom and Kassal, JJ.

■ The People of the State of New York, Respondent, v Scott Duncan, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on June 19, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Silverman, Bloom and Kassal, JJ.